GOSE *v.* PORTER.—In error.

A SUIT commenced before a justice of the peace was entitled, " *George Gose—James Jesse*, agent, v. *John Porter;*" and a note executed by the defendant to *George Gose* alone was filed as the cause of action. *Held*, that *Gose* must be considered as the only plaintiff; and that the note was legal evidence in the suit.